# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RJH Management Corp. d/b/a Golden Corral, and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Action No. 20-cv-3143 |
| ) ) | |
| v. ) ) | |
| Certain Underwriters at Lloyds, London Subscribing to Policy Certificate No. TNR 19 8538, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own fees and costs.

Dated:   August 31, 2020

/s/Joseph M. Vanek
 Joseph M. Vanek
 Greg Shinall
 Gregg R. Hague
 John P. Bjork
 Sperling & Slater, P.C.
 55 West Monroe Street, Suite 3200
 Chicago, IL 60603
 312-641-3200
 jvanek@sperling-law.com

 David E. Woodward
 Woodward Law Offices, LLP
 200 East 90th Drive
 Merrillville, Indiana 46410
 dwoodward@wbbklaw.com

*Counsel for Plaintiff*
*RJH Management Corp.*

/s/ Seth M. Erickson
Seth M. Erickson
Troutman Pepper Hamilton Sanders LLP
227 West Monroe, Suite 3900
Chicago, IL 60606
312-759-5930
seth.erickson@troutman.com

*Counsel for Defendants*
*Certain Underwriters at Lloyds, London*
*Subscribing to Policy Certificate No. TNR*
*19 8538*

## CERTIFICATE OF SERVICE

I, Joseph M. Vanek, attorney for Plaintiff, RJH Management Corp., certify that on August 31, 2020, I filed the foregoing **Stipulation of Dismissal** via CM/ECF filing system.

Dated:  August  31, 2020  /s/ *Joseph M. Vanek*
Joseph M. Vanek